UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:22 CR 546 CDP-2 |
| ) | |
| MARY SPERINO, ) | |
| ) | |
| Defendant. ) | |

# **ORDER**

This matter is before the Court on defendant Mary Sperino's Motion to Suppress Evidence [40].

All pretrial motions were referred to United States Magistrate Judge John M. Bodenhausen under 28 U.S.C. § 636(b). Judge Bodenhausen conducted an evidentiary hearing on these motions on March 1, 2023 and a transcript of that proceeding was filed on March 27, 2023. Judge Bodenhausen then filed a Report and Recommendation on defendant Sperino's motion, recommending that the motion be denied. No party has objected to the recommended dispositions of this motion and the time for doing so has expired.

Based on my review of the record before Judge Bodenhausen as to defendant Mary Sperino, I conclude that his reasoning and conclusions are entirely correct and supplemented by the evidence at the hearing. As there are no

objections to recommendation, I will adopt and sustain the thorough reasoning of Magistrate Judge Bodenhausen's and will deny the motion to Suppress Evidence.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge [65] is **SUSTAINED, ADOPTED, and INCORPORATED** herein.

**IT IS FURTHER ORDERED** that Mary Sperino's Motion to Suppress Evidence [40] is **DENIED.**

**IT IS FURTHER ORDERED** that this matter will be set for a jury trial and *Frye* hearing after the referral of the co-defendant is resolved.

					*/s/ Catherine D. Perry*
					CATHERINE D. PERRY
					UNITED STATES DISTRICT JUDGE

Dated this 13th day of June, 2023.